1  BRIAN VOGEL, SBN 167493
2  brian@bvogel.com
   THE LAW OFFICES OF BRIAN A. VOGEL, PC
3  770 County Square Drive, Suite 104
4  Ventura, CA 93003
   Telephone: (805) 654-0400
5  Facsimile: (805) 654-0326
6
   Attorney for Plaintiffs Michael Nedelman,
7  Jill Nedelman, and Plaintiffs C.E.N., B.R.N.
   and C.G.N., by and through their guardian
8  ad litem and mother, Jill Nedelman
9

10              UNITED STATES DISTRICT COURT
11
                CENTRAL DISTRICT OF CALIFORNIA
12

13  MICHAEL NEDELMAN, an individual,  )   Case No. **CV 12  1385**
14  and JILL NEDELMAN, an individual, )
    and C.E.N., B.R.N., and C.G.N. [names )  PETITION FOR APPOINTMENT
15  redacted], MINORS, BY AND         )   OF GUARDIAN AD LITEM AND
16  THROUGH THEIR GUARDIAN AD         )   SUPPORTING DECLARATIONS
    LITEM AND MOTHER, JILL            )
17  NEDELMAN,                         )   [[Proposed] Order Filed
18                                    )   Concurrently Herewith]
                                      )
19          Plaintiffs,                )
        vs.                           )
20                                    )
                                      )
21  CITY OF LOS ANGELES, LOS          )
    ANGELES POLICE DEPARTMENT,        )
22  CHIEF CHARLIE BECK, an individual,)
23  and DOES 1-10, inclusive.         )
                                      )
24          Defendants.                )
                                      )
25  _____

26
27      Plaintiff and Petitioner, JILL NEDELMAN, by and through her counsel of record,
28

                                    1

Brian A. Vogel, respectfully submits to the Court a Petition for Appointment of Guardian Ad Litem for her three minor children, Plaintiffs C.E.N., B.R.N., and C.G.N. Petitioner seeks an order appointing her as Guardian Ad Litem and authorizing her to bring and prosecute the claims of Plaintiffs C.E.N., B.R.N., and C.G.N. against the above-referenced defendants.

This Petition is based on the attached declarations of Plaintiff JILL NEDELMAN and Brian A. Vogel, the pleadings filed in this matter, and any such further evidence as the Court may request.

Dated: February 15, 2012          LAW OFFICES OF BRIAN A. VOGEL, PC

By: *Brian Vogel*
BRIAN A. VOGEL
Attorney for MICHAEL NEDELMAN, an individual, and JILL NEDELMAN, an individual, and JILL NEDELMAN as guardian ad litem for C.E.N., a minor, B.R.N., a minor, and C.G.N., a minor

# DECLARATION OF JILL NEDELMAN

I, JILL NEDELMAN, am one of the plaintiffs in this action and if called as a witness in this matter, I would competently testify as follows:

1. I am the natural mother of Plaintiffs C.E.N., B.R.N., and C.G.N., who were all minors at the time that the factual allegations of the Complaint occurred. As of the date of the incident alleged in the Complaint, Plaintiff C.E.N. was 16 years old, Plaintiff B.R.N. was 14 years old, and Plaintiff C.G.N. was 10 years old.

2. Plaintiffs C.E.N., B.R.N., and C.G.N. live in my home, and I share physical and legal custody over them with my husband, Plaintiff MICHAEL NEDELMAN. All legal decisions in this case regarding Plaintiffs C.E.N., B.R.N., and C.G.N. are being made based on my consent.

3. Plaintiffs C.E.N., B.R.N., and C.G.N. have no general or testamentary guardian other than myself and no previous application for appointment of guardian ad litem has been made.

4. I am fully competent to understand and protect the rights of the my three children, Plaintiffs C.E.N., B.R.N., and C.G.N., and I have no interests adverse to theirs.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 13th day of February 2012, at Ventura, California.

_____
JILL NEDELMAN, Declarant

## DECLARATION OF BRIAN A. VOGEL

I, BRIAN A. VOGEL, declare as follows:

1. I am an attorney duly licensed and admitted to practice law in all courts of the State of California, including the United States District Court for the Central District of California. I am the principal attorney with the law firm of the Law Offices of Brian A. Vogel, PC, counsel of record for Plaintiffs in the above-entitled case. I make this declaration based upon information personally known to me. If called to do so, I could and would testify competently to the facts set forth below.

2. I represent Plaintiffs C.E.N., B.R.N., and C.G.N., by and through the proposed Guardian Ad Litem, Jill Nedelman, in the above-entitled action.

2. The minors, Plaintiffs C.E.N., B.R.N., and C.G.N., by and through the proposed guardian ad litem Jill Nedelman, their mother, and Jill and Michael Nedelman, individually, are about to commence an action against the City of Los Angeles, the Los Angeles Police Department, Chief Charlie Beck, and Does 1-10, alleging the following claims for relief: (1) Violation of Civil Rights: Unlawful Detention (42 U.S.C. § 1983/4th and 14th Amendment); (2) Violation of Civil Rights: Excessive Use of Force (42 U.S.C. § 1983/ 4th Amendment); (3) Violation of Civil Rights: Unlawful Arrest and Detention (42 U.S.C. § 1983/4th and 14th Amendment); (4) Violation of Civil Rights: Warrantless Entry (42 U.S.C. § 1983/ 4th and 14th Amendments); (5) Violation of Civil Rights: Substantive Due Process Rights (42 U.S.C. §1983/ 14th Amendment); (6) *Monell* Claims on the 42 U.S.C. § 1983 Claims; (7) California Civil Code § 52.1; (8) Negligent Infliction of

Emotional Distress; and (9) Intentional Infliction of Emotional Distress, which all arise from events which occurred on July 12, 2011.

3. Plaintiffs C.E.N., B.R.N., and C.G.N. live with their mother and father, Plaintiffs Jill and Michael Nedelman, who have legal and physical custody of Plaintiffs C.E.N., B.R.N., and C.G.N., who are <u>16</u>, <u>14</u> and <u>10</u> years of age, respectively.

4. I have spoken on numerous occasions with Jill Nedelman, and in my opinion, she understands the importance of the position of Guardian Ad Litem for Plaintiffs C.E.N., B.R.N., and C.G.N. in this lawsuit. In addition, in my opinion, she is a responsible adult who can fulfill this role appropriately.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this <u>15</u><sup>th</sup> day of February 2012, at Ventura, California.

_____
BRIAN A. VOGEL, ESQ., Declarant