1  **CARMEN A. TRUTANICH**, City Attorney - **SBN 86629x**
   **GARY G. GEUSS**, Chief Assistant City Attorney
2  **CORY M. BRENTE**, Assistant City Attorney
   **ELIZABETH MITHCELL**, Deputy City Attorney - **SBN 251139**
3  Email: Elizabeth.Mitchell@lacity.org
   200 North Main Street
4  6th Floor, City Hall East
   Los Angeles, CA  90012
5  Phone No.: (213) 978-6958, Fax No.: (213) 978-8785

6  *Attorneys for Defendants* CITY OF LOS ANGELES, LOS ANGELES POLICE
   DEPT. and CHIEF CHARLIE BECK
7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11
| | |
|---|---|
| MICHAEL NEDELMAN, an individual, and JILL NEDELMAN, an individual, and C.E.N., B.R.N., and C.G.N. [names redacted], MINORS, BY AND THROUGH THEIR GUARDIAN AD LITEM AND MOTHER, JILL NEDELMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, CHIEF CHARLIE BECK, and individual, and Does 1 through 10, inclusive.<br><br>Defendants. | CASE NO. **CV12-01385 GHK (FMOx)**<br>*Hon. George H. King - Ctrm. 650 Roybal*<br>*Hon. Mag Fernando M. Olguin.- Ctrm.F, 9th Fl*<br><br>**ANSWER OF DEFENDANTS CITY OF LOS ANGELES, LOS ANGELES POLICE DEPT., and CHIEF CHARLIE BECK; DEMAND FOR JURY TRIAL** |

   DEFENDANTS, **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPT., AND CHIEF CHARLIE BECK ("Defendants")** answer the Complaint for Damages for themselves and for no other parties, and admit, deny and allege as follows:

1

## "INTRODUCTION"

1. Answering this paragraph, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## "JURISDICTION AND VENUE"

2. Answering this paragraph, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

3. Answering this paragraph, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## "PARTIES"

4. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

5. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

6. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

7. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

8. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

9. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

10. Answering this paragraph, Defendants deny the allegations contained therein.

11. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

12. Answering this paragraph, Defendants admit the allegations contained therein.

13. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

14. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

15. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## "GENERAL ALLEGATIONS"

16. Answering this paragraph, no factual allegations are made therein, and on that basis this paragraph goes unanswered.

17. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

18. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

19. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

20. Answering this paragraph, no factual allegations are made therein, and on that basis this paragraph goes unanswered.

21. Answering this paragraph, Defendants deny the allegations contained therein.

22. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

23. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## "NOTICE TO PUBLIC ENTITIES FOR STATE TORT CLAIMS"

24. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## "FACTUAL ALLEGATIONS"

25. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

26. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

27. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

28. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///
///

29. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

30. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

31. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

32. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

33. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

34. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

35. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

36. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

37. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

38. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

39. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

40. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

41. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

42. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

43. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

44. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

45. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

46. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

47. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

48. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

49. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

50. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

51. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

52. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

53. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

54. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

55. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

56. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

57. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

58. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

59. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

60. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

61. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

62. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

63. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## "FIRST CLAIM FOR RELIEF"

**Violation of Civil Rights: Unlawful Detention**

**(42 U.S.C. §1983/4th and 14th Amendments)**

**All Plaintiffs Against OFFICER DOES**

64. Answering this paragraph, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

65. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

66. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

67. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

68. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

69. Answering this paragraph, Defendants deny the allegations contained therein.

70. Answering this paragraph, no factual allegations are made therein, and on that basis this paragraph goes unanswered.

## "SECOND CLAIM FOR RELIEF
### Violation of Civil Rights: Excessive Use of Force
### (42 U.S.C. §1983/4th Amendment)
### (Plaintiffs MICHAEL NEDELMAN AND C.E.N. Against OFFICER DOES)

71. Answering this paragraph, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

///
///

72. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

73. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

74. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

75. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

76. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

77. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## "THIRD CLAIM FOR RELIEF"

### Violation of Civil Rights: Unlawful Detention and Arrest
### (42 U.S.C. §1983/4th and 14th Amendments)
### (Plaintiff MICHAEL NEDELMAN Against Defendant OFFICER DOES)

78. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

79. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

80. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

81. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

82. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

83. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## "FOURTH CLAIM FOR RELIEF"
### Violation of Civil Rights: Warrantless Entry into Home
### (42 U.S.C. §1983/4th and 14th Amendments)
### (All Plaintiffs Against Defendant OFFICER DOES)

84. Answering this paragraph, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

85. Answering this paragraph, Defendants deny the allegations contained therein.

86. Answering this paragraph, Defendants deny the allegations contained therein.

87. Answering this paragraph, Defendants deny the allegations contained therein.

88. Answering this paragraph, Defendants deny the allegations contained therein.

89. Answering this paragraph, no factual allegations are made therein, and on that basis this paragraph goes unanswered.

///
///
///

## "FIFTH CLAIM FOR RELIEF"
## Violation of Civil Rights: Substantive Due Process Rights
## (42 U.S.C. §1983/14th Amendment)
## (Plaintiff MICHAEL and JILL NEDELMAN Against
## Defendant OFFICER DOES )

90. Answering this paragraph, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

91. Answering this paragraph, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

92. Answering this paragraph, Defendants deny the allegations contained therein.

93. Answering this paragraph, Defendants deny the allegations contained therein.

94. Answering this paragraph, Defendants deny the allegations contained therein.

95. Answering this paragraph, Defendants deny the allegations contained therein.

96. Answering this paragraph, Defendants deny the allegations contained therein.

97. Answering this paragraph, no factual allegations are made therein, and on that basis this paragraph goes unanswered.

## "SIXTH CLAIM FOR RELIEF"
## *Monell* and *Canton* Claims on the 42 U.S.C. §1983 Claims
## (All Plaintiffs Against DEFENDANTS BECK, LAPD, CITY OF LOS AGNELES and SUPERVISORY DOES)

98. Answering this paragraph, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

99. Answering this paragraph, no factual allegations are made therein, and on that basis this paragraph goes unanswered.

100. Answering this paragraph, Defendants deny the allegations contained therein.

101. Answering this paragraph, Defendants deny the allegations contained therein.

102. Answering this paragraph, Defendants deny the allegations contained therein.

103. Answering this paragraph, Defendants deny the allegations contained therein.

104. Answering this paragraph, Defendants deny the allegations contained therein.

105. Answering this paragraph, Defendants deny the allegations contained therein.

106. Answering this paragraph, Defendants deny the allegations contained therein.

107. Answering this paragraph, Defendants deny the allegations contained therein.

108. Answering this paragraph, Defendants deny the allegations contained therein.

## "SEVENTH CLAIM FOR RELIEF"
### California Civil Code §52.1
### (All Plaintiffs Against All Defendants and DOES)

109. Answering this paragraph, no factual allegations are made therein, and on that basis this paragraph goes unanswered.

110. Answering this paragraph, Defendants deny the allegations contained therein.

111. Answering this paragraph, Defendants deny the allegations contained therein.

## "EIGHTH CLAIM FOR RELIEF"

### Negligent Infliction of Emotional Distress

### (All Plaintiffs Against All Defendants and DOES)

112. Answering this paragraph, no factual allegations are made therein, and on that basis this paragraph goes unanswered.

113. Answering this paragraph, Defendants deny the allegations contained therein.

114. Answering this paragraph, Defendants deny the allegations contained therein.

115. Answering this paragraph, Defendants deny the allegations contained therein.

116. Answering this paragraph, Defendants deny the allegations contained therein.

117. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

118. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

119. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## "NINTH CLAIM FOR RELIEF"

### Intentional Infliction fo Emotional Distress

### (All Plaintiffs Against All Defendants and DOES)

120. Answering this paragraph, no factual allegations are made therein, and on that basis this paragraph goes unanswered.

121. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

122. Answering this paragraph, Defendants deny the allegations contained therein.

123. Answering this paragraph, Defendants deny the allegations contained therein.

124. Answering this paragraph, Defendants deny the allegations contained therein.

125. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

126. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

## FIRST AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## SECOND AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

### FOURTH AFFIRMATIVE DEFENSE

The force used against plaintiff, if any, was caused and necessitated by the actions of plaintiff, and was reasonable and necessary for self defense.

### FIFTH AFFIRMATIVE DEFENSE

The force used against plaintiff, if any, was caused and necessitated by the actions of plaintiff, and was reasonable and necessary for the defense of others.

### SIXTH AFFIRMATIVE DEFENSE

7. The claims are barred by the statute of limitations set forth in California Code of Civil Procedure § 340(3).

### SEVENTH AFFIRMATIVE DEFENSE

The state claims are barred for plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 et seq.

### EIGHT AFFIRMATIVE DEFENSE

The action is barred for lack of standing to sue.

### NINTH AFFIRMATIVE DEFENSE

The action is barred by the doctrine of res judicata.

### TENTH AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, the answering defendants are protected from liability under the doctrine of qualified immunity, because defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

### ELEVENTH AFFIRMATIVE DEFENSE

The answering defendants are immune from liability for all damages sustained after the prosecutor initiated criminal charges, pursuant to Smiddy v. Varney, 803

F.2d 1469 (9th Cir. 1986), and <u>Jackson v. City of San Diego</u>, 121 Cal.App.3d 579 (1981).

### TWELFTH AFFIRMATIVE DEFENSE

Defendant City of Los Angeles and all defendants sued in their official capacities are immune from the imposition of punitive damages.

### THIRTEENTH AFFIRMATIVE DEFENSE

Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815, 815.2, 818, 818.8, 820.5, 820.4, 820.6, 821.6, 821.8, 822.2, 844.6, 845, 845.2, 845.6, 845.8

Civil Code §§ 43.55, 3333.3

Penal Code §§ 836.5, 847

### DEMAND FOR JURY TRIAL

Defendants hereby demand and request a trial by jury in this matter.

WHEREFORE, defendants pray for judgment as follows:

1. That plaintiffs take nothing by this action;
2. That the action be dismissed;
3. That defendants be awarded costs of suit;
4. That defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

DATED: April 18, 2012

CARMEN A. TRUTANICH, City Attorney
GARY G. GEUSS, Chief Assistant City Attorney
CORY M. BRENTE, Assistant City Attorney

By _____
ELIZABETH MITCHELL, Deputy City Atty

*Attorneys for Defendants* CITY OF LOS ANGELES, LOS ANGELES POLICE DEPT. and CHIEF CHARLIE BECK