**CARMEN A. TRUTANICH**, City Attorney - **SBN 86629x**
**GARY G. GEUSS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney
**ELIZABETH MITHCELL**, Deputy City Attorney - **SBN 251139**
Email: Elizabeth.Mitchell@lacity.org
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA  90012
Phone No.: (213) 978-6958, Fax No.: (213) 978-8785

*Attorneys for Defendants* CITY OF LOS ANGELES, LOS ANGELES POLICE DEPT. and CHIEF CHARLIE BECK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NEDELMAN, an individual, and JILL NEDELMAN, an individual, and C.E.N., B.R.N., and C.G.N. [names redacted], MINORS, BY AND THROUGH THEIR GUARDIAN AD LITEM AND MOTHER, JILL NEDELMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, CHIEF CHARLIE BECK, and individual, and Does 1 through 10, inclusive.<br><br>Defendants. | CASE NO. **CV12-01385 GHK (FMOx)**<br>*Hon. George H. King - Ctrm. 650 Roybal*<br>*Hon. Mag Fernando M. Olguin.- Ctrm.F, 9th Fl*<br><br>**NOTICE OF UNAVAILABILITY** |

///
///
///
///
///

1

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that counsel for Defendants CITY OF LOS ANGELES, et al., Elizabeth Mitchell, will be unavailable for any court appearances, proceedings, or any other matter related to this case from August 12, 2012 through August 27, 2012. This is due to a pre-scheduled and pre-paid vacation.

DATED: July 19, 2012

        CARMEN A. TRUTANICH, City Attorney
        GARY G. GEUSS, Chief Assistant City Attorney
        CORY BRENTE, Supervising Assistant City Attorney


By         /S/        
     ELIZABETH MITCHELL, Deputy City Attorney

*Attorneys for Defendants* **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPT. and CHIEF CHARLIE BECK**