E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1385-GHK(FMOx) | Date | JULY 25, 2012 |
|---|---|---|---|
| Title | MICHAEL NEDELMAN, et al. vs. CITY OF LOS ANGELES, et al. | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| (NONE) | (NONE) |

**Proceedings:**     **(IN CHAMBERS) ORDER ENTERING SCHEDULING DATES**

We have considered the Joint Report of Parties' Planning Meeting, and now enter the following scheduling order:

1. Any stipulation or motion to amend as to any claims, defenses and/or parties shall be lodged/filed by no later than August 24, 2012, failing which it shall be deemed that party's waiver of any such amendments in this action.

2. All discovery (fact and expert) shall be COMPLETED by no later than January 24, 2013.  Completion means that any discovery that is not received in hand by the requesting party by the completion date will be denied.  If any discovery motions are necessary, the parties shall ensure that they are calendared and heard by the magistrate judge sufficiently in advance of the completion date to permit actual production, by the completion date, of any discovery the judge might order.

3. The parties shall designate their expert witnesses, and make the required disclosures, by no later than November 30, 2012, and do likewise for any rebuttal expert witnesses by no later than December 14, 2012.

4. The parties shall comply with Local Rule 16-15 by no later than February 1, 2013.  The parties elect to appear before the assigned magistrate judge.  We approve this election.  If the case settles, counsel shall notify the court clerk forthwith.  If the case does not settle, counsel shall file a joint status report with the court within 48 hours of termination of settlement discussions.

5. No motion for summary judgment may be filed without a joint certification by counsel that they have complied in good faith with Local Rule 16-15 as set forth above.  Any motion for summary judgment shall be filed in compliance with the Local Rules, as well as our Order Re: Summary Judgment Motions issued concurrently herewith, by no later than March 4, 2013, and noticed for hearing thereafter regularly under the Local Rules.  Any untimely or non-conforming motion will be denied.  Any motion for summary judgment that is filed without a certification of compliance with Local Rule 16-15 as set forth above will be stricken and denied.

6. The court will set pre-trial conference and trial dates, if necessary, after resolution of the summary judgment motion(s), if any.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

E-Filed

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1385-GHK(FMOx) | Date | JULY 25, 2012 |
|---|---|---|---|
| Title | MICHAEL NEDELMAN, et al. vs. CITY OF LOS ANGELES, et al. | | |

      7.  Failure by any party and/or counsel to strictly comply with the Federal and Local Rules, as well as our Orders, will result in the imposition of an appropriate sanction against the offending party/counsel.

      **IT IS SO ORDERED.**