BRIAN A. VOGEL, SBN 167493
brian@bvogel.com
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Drive, Suite 104
Ventura, CA 93003
Telephone: (805) 654-0400
Facsimile: (805) 654-0326

**FILED: 12/20/12**

NOTE: CHANGES MADE BY THE COURT

Attorney for Plaintiffs Michael Nedelman, Jill Nedelman, and Plaintiffs C.E.N., B.R.N. and C.G.N., by and through their guardian ad litem and mother, Jill Nedelman

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NEDELMAN, an individual, and JILL NEDELMAN, an individual, and C.E.N., B.R.N., and C.G.N. [names redacted], MINORS, BY AND THROUGH THEIR GUARDIAN AD LITEM AND MOTHER, JILL NEDELMAN,<br><br>        Plaintiffs,<br>    vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, et al.<br><br>        Defendants. | Case No. CV 12-1385 GHK (FMOx)<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION TO CONTINUE PRE-TRIAL CASE MANAGEMENT DATES** |

Pursuant to the stipulation of the parties and good cause being shown therefore,

THE COURT HEREBY ORDERS THE FOLLOWING:

1

The July 25, 2012 Scheduling Order is modified with new dates as follows:

Discovery Completion Date[1]:               March 25, 2013

Compliance with Local Rule 16-15:           April 2, 2013

Motion for Summary Judgment Filing Deadline:   May 3, 2013

<mark>No Further Extensions!</mark>

    IT IS SO ORDERED.

Dated: 12/20 , 2012                    _____
                                               Hon. George H. King
                                               United States District Court
                                               Central District of California

---

[1] The "Discovery Cut-Off Date" is hereby extended only to the extent specified in the parties stipulation, specifically only as to the disclosure of Internal Affairs investigation materials, pursuant to a protective order, and the deposition of the following individuals: Mark Mireles (Part II, and only the amount of time remaining after Part I of his deposition), Bruce Alverez, Frank Alfarez, Daniel Lopez, Jose Maldanado, Alexis Padron, Brandon Nedelman and Guillermo Chavez.