# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NEDELMAN, an individual, and JILL NEDELMAN, an individual, and C.E.N., B.R.N., and C.G.N. [names redacted], MINORS, BY AND THROUGH THEIR GUARDIAN AD LITEM AND MOTHER, JILL NEDELMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, CHIEF CHARLIE BECK, and individual, and Does 1 through 10, inclusive.<br><br>Defendants. | CASE NO. **CV12-01385 GHK (JCx)**<br>*Hon. George H. King - Ctrm. 650 Roybal*<br>*Hon. Mag Judge Jacqueline Choolijian*<br><br>***PROTECTIVE ORDER RE PRIVILEGED DOCUMENTS AND THINGS*** |

With the modifications noted below, the Third Stipulation for Protective Order is hereby approved, shall govern the disclosure in this action of all "Confidential Information," as that term is described therein, and supersedes the Second Protective Order filed on November 29, 2012:

1. Paragraph 8 is modified to read as follows: Counsel for the parties agree that two (2) weeks prior to the Final Pretrial Conference, each party will notify the other of any intent the party has to use, discuss, disclose, identify, or introduce into evidence any portion of any documents or information disclosed pursuant to this

1 protective order, in order to give opposing counsel the opportunity to object and seek
2 protection from the District Court prior to trial. In addition, during any portion of the
3 trial in this action which could entail the discussion or disclosure of Confidential
4 Information which was reasonably unanticipated and therefore not disclosed to
5 opposing counsel as described above, the party that wishes to use such information
6 will promptly notify opposing counsel and the Court outside the presence of the jury
7 so that opposing counsel has an opportunity to be heard on the matter, subject to any
8 orders of the District Court.
9     2. Paragraph 13 is modified to read as follow: Once a case proceeds to
10 trial, any and all information and/or documents which were once designated as
11 confidential and/or kept and maintained pursuant to the terms of this Protective Order
12 which are used, discussed, disclosed, identified, or introduced into evidence at trial in
13 accordance with Paragraph 8, shall become public and will be presumptively
14 available to all members of the public, including the press, unless the District Judge
15 otherwise orders.
16
17 DATED: February 5, 2013                       /s/
18                                  Jacqueline Chooljian
                                 United States Magistrate Judge
19