JS - 6

**FILED: 4/3/2013**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NEDELMAN, et al                    )<br>                                                                  )<br>                              Plaintiff,          )<br>                                                                  )     CASE NO. CV 12-1385 GHK (JCx)<br>           vs.                                                )<br>                                                                  )<br>CITY OF LOS ANGELES, et al              )     **ORDER OF DISMISSAL**<br>                                                                  )<br>                              Defendants.    )<br>_____)| |

   The Court having been advised by counsel for the parties that the above-entitled action has been settled,

   **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **TWENTY-ONE (21) DAYS**, to reopen the action if settlement is not consummated.

Dated:   4/2/13

_____
GEORGE H. KING
 Chief United States District Judge